**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | **VIOLATIONS:** |
| **JONATHAN CURRIER,** | **18 U.S.C.** §§ 2261(a)(1), 3261(a), and 113(a)(4) |
| **Defendant.** | **(Interstate Domestic Violence)** |

### <u>INFORMATION</u>

The United States Attorney charges that:

### <u>COUNT ONE</u>

On or about April 3, 2019, within Amman, Jordan, the defendant, **JONATHAN CURRIER**, did travel in interstate or foreign commerce or entered or left Indian Country or was present within the special maritime and territorial jurisdiction of the United States with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and who, in the course of or as a result of such travel or presence committed or attempted to commit a crime of violence against that spouse, intimate partner, or dating partner, to wit: a violation of Title **18 United States Code, Section 113(a)(4)**, assault by striking beating, or wounding.

At the time of the offense, Currier was a civilian employee of the National Geospatial-Intelligence Agency, a combat support agency within the Department of Defense.  As such, he was employed by or accompanying the Armed Forces outside the United States.  He was not a national of or ordinarily resident in

Jordan.  Currier assaulted J.B. in Amman, Jordan.  The offense is punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

**(Interstate Domestic Violence**, in violation of Title 18, United States Code, Sections 2261(a)(1), 3261(a), and 113(a)(4))

MATTHEW M. GRAVES
United States Attorney

KENNETH A. POLICE, JR.
Assistant Attorney General

*/s// Jodi Lazarus*
Jodi Steiger Lazarus
Assistant United States Attorney

*/s// Danielle L. Hickman*
Danielle L. Hickman
Trial Attorney,
U.S. Department of Justice
Criminal Division
Human Rights and Special Prosecutions Section